1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. GLADDING individually and on behalf of THE GLADDING FAMILY 1995 TRUST; EDWARD A. GLADDING, AS ATTORNEY IN FACT ON BEHALF OF EARL NELS ANDREASEN, JR., THOMAS PATRICK BERRY, EARL H. BERRY, JR., DIANE E. EUBANKS, TIMOTHY BERRY, AND LORI BERRY-RATHSACK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CIV. S-04-2605 FCD GGH <br><br> **SETTLEMENT AGREEMENT, STIPULATION, RELEASE, DISMISSAL, AND ORDER** |

It is hereby stipulated and agreed by and between Edward A. Gladding, the Gladding Family 1995 Trust, Earl Nels Andreasen, Jr., Thomas Patrick Berry, Earl H. Berry, Jr., Diane E. Eubanks, Timothy Berry, and Lori Berry-Rathsack (hereinafter "plaintiffs") and the United States of America (collectively, "the parties") and their undersigned attorneys as follows:

///

1. The parties hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

2. The United States agrees to pay the sum of thirty thousand dollars ($30,000.00) to plaintiffs, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequence thereof, resulting, and to result, from the subject matter of this action, including any claims for wrongful death, which plaintiffs or their guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

3. Plaintiffs and their guardians, heirs, executors, administrators or assigns hereby agree to accept the sum set forth in paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agents, servants, and employees on account of the same subject matter that gave rise to this action, including any future claim or

1  lawsuit of any kind or type whatsoever, whether known or unknown,
2  and whether for compensatory or exemplary damages.  Plaintiffs
3  and their guardians, heirs, executors, administrators, or assigns
4  further agree to reimburse, indemnify and hold harmless the
5  United States and its agents, servants and employees from and
6  against any and all causes of action, claims, liens, rights, or
7  subrogated or contribution interests incident to or resulting
8  from further litigation or the prosecution of claims arising from
9  the subject matter of this action.

10         4.  Plaintiffs' undersigned attorney represents that he has
11  explained, and plaintiffs warrant and represent that they intend,
12  that this Stipulation shall release all existing and future
13  claims arising directly or indirectly from the acts or omissions
14  that gave rise to the above-captioned action, including claims
15  that are unknown and unforeseen, notwithstanding Section 1542 of
16  the Civil Code of the State of California, which provides as
17  follows:

18         A general release does not extend to claims which the
           creditor does not know or suspect to exist in his favor
19         at the time of executing [this] Release, which if known
           by him must have materially affected his settlement
20         with the debtor.

21         5.  This Stipulation is not, is in no way intended to be,
22  and should not be construed as, an admission of liability or
23  fault on the part of the United States or its agents, servants,
24  or employees, and it is specifically denied that they are liable
25  to plaintiffs.  This settlement is entered into by all parties
26  for the purpose of compromising disputed claims under the Federal
27  Tort Claims Act and avoiding the expenses and risks of further
28  litigation.

1     6.   The parties agree that they will each bear their own
2  costs, fees, and expenses; that any attorney's fees owed by
3  plaintiffs will be paid out of the settlement amount and not in
4  addition thereto; and that all outstanding or future bills and
5  liens will be the sole responsibility of plaintiffs.  Pursuant to
6  Title 28, United States Code, Section 2678, attorney's fees for
7  services rendered in connection with this action shall not exceed
8  25 percent of the amount of the compromise settlement.
9     7.   Payment of the settlement amount will be made by check
10 payable to Edward A. Gladding and his attorney, Matthew P.
11 Donahue, Esq.  Plaintiffs' attorney agrees to distribute the
12 settlement proceeds, and to obtain a dismissal of the above-
13 captioned action with prejudice, with each party bearing its own
14 fees, costs and expenses.
15    8.   The parties and their undersigned attorneys agree to
16 execute and deliver such other and further documents as may be
17 required to carry out the terms of this Agreement.
18    9.   Each person signing this Stipulation warrants and
19 represents that he possesses full authority to bind the person[s]
20 on whose behalf he is signing to the terms of the Stipulation.
21    10.  Plaintiffs warrant and represent that they jointly own
22 all rights, title and interests in the property referred to in
23 the complaint in this action, and that they jointly owned all
24 rights, title and interests in the property when it was damaged
25 by fire in June 2002.
26    11.  Each person signing this Stipulation warrants and
27 represents that no promises, inducements, or other agreements not
28 expressly contained herein have been made; that this Stipulation

4

1  contains the entire agreement between the parties; and that the
2  terms of this Stipulation are contractual and not mere recitals.
3  This Stipulation may not be altered, amended, modified, or
4  otherwise changed in any respect, except by a writing duly
5  executed by the party to be charged.  All prior oral
6  understandings, agreements, and writings are superseded by this
7  Stipulation and are of no force or effect.
8      12.  Each person executing this Stipulation represents that
9  he has read and understands its contents; that he executes this
10 Stipulation voluntarily; that he has not been influenced by any
11 person acting on behalf of any party.
12     13.  The above-captioned action is hereby DISMISSED WITH
13 PREJUDICE in its entirety and, upon approval by the Court as
14 provided below, the Clerk of the Court is requested to enter this
15 dismissal and release in the official docket.
16     14.  Notwithstanding the entry of a dismissal herein, the
17 parties hereby stipulate that Hon. Frank C. Damrell, Jr., shall
18 retain jurisdiction to enforce the terms of this compromise
19 settlement.
20 ///
21 For Plaintiffs:
22
23 Date: October 26, 2005         /s/ Edward A. Gladding
                                  EDWARD A. GLADDING
24                                for himself; and as Trustee on
                                  behalf of the Gladding Family 1995
25                                Trust; and as Attorney in Fact on
                                  Behalf of Earl Nels Andreasen, Jr.,
26                                Thomas Patrick Berry, Earl H.
                                  Berry, Jr., Diane E. Eubanks,
27                                Timothy Berry, and Lori
                                  Berry-Rathsack
28

5

```
                                    CLAYEO C. ARNOLD, PLC


Date: October 13, 2005               /s/ Matthew P. Donahue
                                    MATTHEW P. DONAHUE
                                    Attorneys for Plaintiffs


For the United States:


                                    McGREGOR W. SCOTT
                                    United States Attorney


Date: November 14, 2005              /s/ David T. Shelledy
                                By: DAVID T. SHELLEDY
                                    Assistant U.S. Attorney
                                    Attorneys for the United States
```

ORDER

IT IS SO ORDERED.

```
Date: November 21, 2005              /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, JR.
                                    District Judge
```